United States District Court
Southern District of Texas

**ENTERED**

March 04, 2024

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **IRIS HERNANDEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civil Case No. 4:22-CV-03633** |
| | § | |
| **MARTIN O'MALLEY,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the February 16, 2024 Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 18). Judge Bray made findings and conclusions and recommended that Plaintiff's Motion for Summary Judgment, (Dkt. No. 13), be denied; that Defendant's Motion for Summary Judgment, (Dkt. No. 16), be granted; and that Defendant's final decision be affirmed. (Dkt. No. 18).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1)     Judge Bray's M&R (Dkt. No. 18) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2)     Plaintiff's Motion for Summary Judgment, (Dkt. No. 13), is **DENIED**;

(3)     Defendant's Motion for Summary Judgment (Dkt. No. 16), is **GRANTED**; and

(4)     Defendant's final decision is **AFFIRMED**.

It is SO ORDERED.

Signed on March 4, 2024.

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**